# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAYLEN CLAY, | ) |
| Plaintiff, | ) No. 24 CV 2134 |
| v. | ) Judge Colleen R. Lawless |
| | ) Magistrate Judge Eric I. Long |
| TRUSTEES OF THE UNIVERSITY | ) |
| OF ILLINOIS CHAMPAIGN-URBANA, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Jaylen Clay and Defendant, the Board of Trustees of the University of Illinois, hereby stipulate to the dismissal of this action in its entirety with prejudice and with each party bearing his or its own costs and attorney's fees.

| | |
|---|---|
| RESPECTFULLY SUBMITTED:<br>JAYLEN CLAY | RESPECTFULLY SUBMITTED:<br>BOARD OF TRUSTEES OF THE<br>UNIVERSITY OF ILLINOIS |
| By: s/Chiquita Hall-Jackson | By: s/Mary Deweese |
| Attorney for Plaintiff<br>Hall-Jackson & Associates, PC<br>180 W. Washington St., Ste. 820<br>Chicago, IL 60602<br>chj@hall-jacksonandassociates.com | Attorney for Defendant<br>Husch Blackwell LLP<br>120 South Riverside Plaza, Suite 2200<br>Chicago, IL 60606<br>Mary.Deweese@huschblackwell.com |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that she caused a true and correct copy of the foregoing Stipulation of Dismissal to be served upon the following, via the Court's CM/EFC electronic filing system on March 18, 2025:

Mary Deweese
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Mary.Deweese@huschblackwell.com

By:   /s/ Chiquita Hall-Jackson
       Chiquita Hall-Jackson